LAWRENCE A. VAN RIPER, appellant,

*v.*

JANE E. VAN RIPER et al., respondents.

[Submitted December 12th, 1905.　Decided June 18th, 1906.]

On appeal from the prerogative court.

The opinion of Magie, ordinary, is reported in *69 N. J. Eq. 463.*

*Mr. Michael Dunn* and *Mr. Robert E. Van Hovenberg,* for the appellant.

*Mr. William B. Gourley,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the prerogative court by the ordinary.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—14.

*For reversal*—None.